IN THE COMMONWEALTH COURT OF PENNSYLVANIA

William R. Hoy,                          :
              Appellant                  :
                                         :     No. 1005 C.D. 2015
              v.                         :
                                         :
Borough of Cochranton                    :

## *AMENDING ORDER*

AND NOW, this 6th day of January, 2017, the first two sentences of the first full paragraph on page 20 in the above-matter, filed December 21, 2016, is amended to reflect the following correction:

> Moreover, the evidence of record supports the reasons given by the ~~Township~~ **[Borough]** for choosing Beachy as uniquely qualified for the position and at least as qualified as Hoy in this regard. The ~~Township~~ **[Borough]** considered that Beachy had worked for the Borough's police department as a Sergeant, temporarily served as its Chief of Police, had recommendations from a number of residents, acquired budget experience and experience with enforcement of local ordinances in the ~~Township~~ **[Borough]**, was mentored by the Chief of Police and had his recommendation.

_____
PATRICIA A. McCULLOUGH, Judge